Eric N. Kohli (Bar No. 15763)
LEWIS ROCA ROTHBERGER CHRISTIE LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
*EKohli@LewisRoca.com*
T: (702) 949-8200
F: (702) 949-8398

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ARTE MUSEUM LV, LLC, a Delaware limited liability company, D'STRICT HOLDINGS, INC., a Delaware Corporation, and D'STRICT KOREA INC., a Korean Corporation, <br><br> Defendants. | Case No. 2:23-cv-01956-JAD-DJA <br><br> **STIPULATION AND ORDER TO MODIFY EXISTING SCHEDULING ORDER** <br><br> **[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and 6-2, and LR ~~26-4,~~ 26-3 Plaintiff and Defendants stipulate, by and through their respective counsel, to request the Court to extend their current discovery deadlines by sixty (60) days.

1. On March 14 and March 29, 2024, the parties met and conferred pursuant to Rule 26(f).

2. Since then, both sides have taken and provided significant discovery. Each side has responded to interrogatories and requests for production, and made multiple document productions, with more productions continuing on a rolling basis.

3. The parties have met and conferred regarding various discovery issues, and are working to resolve them without Court involvement.

125942756.1

4. Delays associated with having foreign clients on both sides of the case, including the need to translate documents, are slowing down the pace of discovery.

5. No depositions have been taken yet. The parties prefer to substantially complete document discovery before commencing depositions. The parties have begun discussing the scheduling of depositions, and anticipate delays given that all or most depositions of party witnesses will involve overseas travel (for witnesses and/or counsel), and some may need to be scheduled at the U.S. Consulate in Tokyo, which has limited availability for depositions (at present, the soonest that depositions may be scheduled in Tokyo is during the period of October 22 through October 31, or after November 14: *see* https://jp.usembassy.gov/services/depositions-in-japan/).

6. Additionally, the parties have commenced informal settlement discussions, and the parties desire to pursue settlement before having to incur substantial additional attorney's fees on depositions and other matters in the case.

7. Despite the parties' diligent efforts and progress, they agree that additional time is necessary for completing written discovery and depositions before serving their respective expert disclosures.

8. The parties believe that a 60-day extension of the discovery and disclosure deadlines will facilitate their completion of settlement discussions and, as needed, discovery.

9. The extension is not sought for any improper purpose or delay. Rather, the parties seek the extension to ensure the completion of all discovery.

In accordance with the parties' stipulated 60-day extension, the current discovery deadlines and the parties' proposed extended deadlines are:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | October 17, 2024 | December 16, 2024 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | November 18, 2024 | January 17, 2025 |

125942756.1

| Discovery Cut-off | December 16, 2024 | February 14, 2025 |
|---|---|---|
| Dispositive Motions | January 15, 2025 | March 17, 2025 |
| Joint Pretrial Order | February 14, 2025 | April 15, 2025 |

This is the parties' first stipulated request for an extension of discovery. The parties respectfully submit that their reasons set forth above constitute compelling reasons for the requested extension.

WHEREFORE, the parties respectfully request that this Court extend the current discovery deadlines by sixty (60) days in accordance with the table above.

DATED this 19th day of September, 2024.

Eric N. Kohli (Bar No. 15763)
LEWIS ROCA ROTHBERGER CHRISTIE LLP

Ryan Goldstein (*Pro Hac Vice*)
Daniel C. Posner (*Pro Hac Vice*)
Michael LaFond (*Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Eric Kohli*
    Attorneys for Plaintiff

DATED this 19th day of September, 2024.

Mark G. Tratos (Bar No. 01086)
Bethany L. Rabe (Bar No. 11691)
GREENBERG TRAURIG, LLP

Jenevieve J. Maerker (*Pro Hac Vice*)
Danny Awdeh (*Pro Hac Vice*)
Yoonhee Kim (*Pro Hac Vice*)
Patrick J. Rodgers (*Pro Hac Vice*)
Maxime I. Jarquin (*Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

By: */s/Bethany L. Rabe*
    Attorneys for Defendants

**ORDER**

Good cause appearing, IT IS SO ORDERED.

UNTIED STATES MAGISTRATE JUDGE
DATED: 9/23/2024

- 3 -

125942756.1