LEWIS ROCA ROTHGERBER
CHRISTIE LLP
Eric N. Kohli (Bar No. 15763)
EKohli@LewisRoca.com
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Ryan Goldstein (*Pro Hac Vice*)
ryangoldstein@quinnemanuel.com
Daniel C. Posner (*Pro Hac Vice*)
danposner@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000

Michael LaFond (*Pro Hac Vice*)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
Telephone:  (650) 801-5000

*Attorneys for Plaintiff*

GREENBERG TRAURIG, LLP
Mark G. Tratos (Bar No. 01086)
tratosm@gtlaw.com
Bethany L. Rabe (Bar No. 11691)
rabeb@gtlaw.com
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
Jenevieve J. Maerker (*Pro Hac Vice*)
jenevieve.maerker@finnegan.com
Danny Awdeh (*Pro Hac Vice*)
danny.awdeh@finnegan.com
Yoonhee Kim (*Pro Hac Vice*)
yoonhee.kim@finnegan.com
Patrick J. Rodgers (*Pro Hac Vice*)
patrick.rodgers@finnegan.com
Maxime I. Jarquin (*Pro Hac Vice*)
maxime.jarquin@finnegan.com
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARTE MUSEUM LV, LLC, a Delaware limited liability company, D'STRICT HOLDINGS, INC., a Delaware Corporation, and D'STRICT KOREA INC., a Korean Corporation,<br><br>Defendants. | Case No. 2:23-cv-01956-JAD-DJA<br><br>**STIPULATION AND ORDER TO MODIFY EXISTING SCHEDULING ORDER**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1 and 6-2, and LR 26-3, Plaintiffs and Defendants stipulate, by and through their respective counsel, to request the Court to extend their current discovery deadlines by thirty (30) days.

1. On September 23, 2024, the Court granted the parties' first stipulation to extend the discovery schedule (by 60 days) due largely to the delays associated with having foreign clients on both sides of the case, and the difficulties of conducting foreign discovery involving foreign-language documents. The parties had also, at that time, initiated informal settlement discussions.

2. Since then, the parties have been engaged in extensive settlement discussions and have made substantial progress toward a negotiated resolution of their dispute.

3. In parallel, the parties have conducted further discovery activities. To date, the parties have exchanged responses to interrogatories and requests for production, and both sides have made multiple document productions on a rolling basis. The parties continue to search for and review responsive documents and expect to be able to complete their document productions in the near future.

4. No depositions have been taken yet. The parties have discussed deposition logistics and scheduling, but they have held off on scheduling depositions and resolving remaining document production issues, in order to focus their efforts on the settlement negotiations. At this point, deposition rooms at the U.S. Consulate in Tokyo, where some depositions may need to be conducted, are not available until January 6, 2025 or later (*see* https://jp.usembassy.gov/services/depositions-in-japan/).

5. Despite the parties' diligent efforts and progress, they agree that additional time will be necessary to complete written discovery and depositions before serving their respective expert disclosures.

6. The parties believe that a 30-day extension of the discovery and disclosure deadlines will facilitate their completion of settlement discussions and, as needed, discovery.

7. The extension is not sought for any improper purpose or delay. Rather, the parties seek the extension to ensure that settlement discussions can proceed and discovery can be completed if it proves necessary.

In accordance with the parties' stipulated 30-day extension, the current discovery deadlines and the parties' proposed extended deadlines are:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | December 16, 2024 | January 15, 2025 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | January 17, 2025 | February 18, 2025 |
| Discovery Cut-off | February 14, 2025 | March 17, 2025 |
| Dispositive Motions | March 17, 2025 | April 16, 2025 |
| Joint Pretrial Order | April 15, 2025 | May 15, 2025 |

This is the parties' second stipulated request for an extension of discovery. The parties respectfully submit that their reasons set forth above constitute compelling reasons for the requested extension.

WHEREFORE, the parties respectfully request that this Court extend the current discovery deadlines by thirty (30) days in accordance with the table above.

| | | |
|---|---|---|
| DATED this 25th of November, 2024 | | Eric N. Kohli (Bar No. 15763)<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br><br>Ryan Goldstein (*Pro Hac Vice*)<br>Daniel C. Posner (*Pro Hac Vice*)<br>Michael LaFond (*Pro Hac Vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: /s/ *Eric N. Kohli*<br>*Attorneys for Plaintiff* |
| DATED this 25th of November, 2024 | | Mark G. Tratos (Bar No. 01086)<br>Bethany L. Rabe (Bar No. 11691)<br>GREENBERG TRAURIG, LLP<br><br>Jenevieve J. Maerker (*Pro Hac Vice*)<br>Danny Awdeh (*Pro Hac Vice*)<br>Yoonhee Kim (*Pro Hac Vice*)<br>Patrick J. Rodgers (*Pro Hac Vice*)<br>Maxime I. Jarquin (*Pro Hac Vice*)<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP<br><br>By: /s/ *Bethany L. Rabe*<br>*Attorneys for Defendants* |

## **ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 11/26/2024