| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Ryan Goldstein (*Pro Hac Vice*)<br>ryangoldstein@quinnemanuel.com<br>Daniel C. Posner (*Pro Hac Vice*)<br>danposner@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:    (213) 443-3000<br>Facsimile:     (213) 443-3100<br><br>Michael LaFond (*Pro Hac Vice*)<br>michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood City, CA 94065<br>Telephone:    (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>*Attorneys for Plaintiff* | GREENBERG TRAURIG, LLP<br>Mark G. Tratos (Bar No. 01086)<br>tratosm@gtlaw.com<br>Bethany L. Rabe (Bar No. 11691)<br>rabeb@gtlaw.com<br>10845 Griffith Peak Drive<br>Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br><br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP<br>Jenevieve J. Maerker (*Pro Hac Vice*)<br>jenevieve.maerker@finnegan.com<br>Danny Awdeh (*Pro Hac Vice*)<br>danny.awdeh@finnegan.com<br>Yoonhee Kim (*Pro Hac Vice*)<br>yoonhee.kim@finnegan.com<br>Patrick J. Rodgers (*Pro Hac Vice*)<br>patrick.rodgers@finnegan.com<br>Maxime I. Jarquin (*Pro Hac Vice*)<br>maxime.jarquin@finnegan.com<br>901 New York Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br><br>*Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>ARTE MUSEUM LV, LLC, a Delaware limited liability company, D'STRICT HOLDINGS, INC., a Delaware Corporation, and D'STRICT KOREA INC., a Korean Corporation,<br><br>      Defendants. | Case No. 2:23-cv-01956-JAD-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br><br>ECF No. 41 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff teamLab Inc. ("Plaintiff") and Defendants Arte Museum LV, LLC, d'strict Holdings, Inc., and d'strict Korea Inc. (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and agree

ACTIVE 706607193v2

that all Plaintiff's claims against all Defendants shall be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

    **IT IS SO STIPULATED.**

DATED this 28th day of January, 2025.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ Daniel C. Posner
Ryan Goldstein (Pro Hac Vice)
Daniel C. Posner (Pro Hac Vice)
Michael LaFond (Pro Hac Vice)

***Attorneys for Plaintiff***

DATED this 28th day of January, 2025.

**GREENBERG TRAURIG, LLP**

/s/ Bethany L. Rabe
Mark G. Tratos (NV Bar No. 01086)
Bethany L. Rabe (NV Bar No. 11691)
Las Vegas, Nevada  89101

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
Jenevieve J. Maerker (Pro Hac Vice)
Danny Awdeh (Pro Hac Vice)
Yoonhee Kim (Pro Hac Vice)
Patrick J. Rodgers (Pro Hac Vice)
Maxime I. Jarquin (Pro Hac Vice)

***Attorneys for Defendants***

### ORDER

    Based on the parties' stipulation **[ECF No. 41]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

    _____
U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2025

-2-

ACTIVE 706607193v2